IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRIAN TREMATORE PLUMBING & HEATING, INC.,<br>　　　　Defendant. | No. 1:24-cv-261-MSN-IDD |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ivan D. Douglas on July 25, 2024 (ECF 13) ("Recommendation").[1] Having reviewed the record and Judge Davis's Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

**ORDERED** that the Recommendation is **APPROVED** and **ADOPTED** in full; it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF 9) is **GRANTED**; it is further

**ORDERED** that judgment by default in the total sum of **$26,733.28** is entered against Defendant in Plaintiff's favor; and it is further

**ORDERED** that Defendant shall pay Plaintiff's attorney fees and costs in the amount of **$4,401.25.**

---

[1] Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for parties to submit any objections to the Recommendation was August 8, 2024. Because no such objections have been filed, the Court adopts Judge Davis's analysis without reservation.

The Clerk is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure,

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

August 14, 2024
Alexandria, Virginia